IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

**WIESLAW PACIOREK**,

        Plaintiff,

v.

**UNITED STATES POSTAL SERVICE,**

        Defendant.

Case No. 8:22-cv-424

**NOTICE OF REMOVAL OF A CIVIL ACTION**

Pursuant to 28 U.S.C. § 1442(a)(1) and 1446, the United States Postal Service ("USPS") files this Notice of Removal. Removal of this state court action to this Court is proper for the following reasons:

1. On February 3, 2022, the County Court of the Fifth Judicial Circuit of the State of Florida in and for Hernando County signed an Entry of Default and Final Judgment ("Default Judgment") against the USPS in the case *of Wieslaw Paciorek v. United States Postal Service*, Case No. 2021-SC-3106. The Default Judgment is attached as Exhibit A.

2. Neither the United States Attorney nor the USPS has been properly served with the underlying state court action or the judgment. The USPS received notice of this suit on February 7, 2022, when the Default Judgment was mailed to Jeff Hoel, Supervisor, at the Spring Hill, Florida Post Office. This Notice is filed

within 30 days of receipt of the Default Judgment.

3.Defendant is the United States Postal Service, which is an agency of the United States. Plaintiff's suit arises out of alleged damages received during shipping and the USPS' denial of Plaintiff's insurance claim. Plaintiff's claims are those over which the District Court has original jurisdiction because the action is brought against an agency of the United States. Removal of this matter is, therefore, authorized pursuant to 28 U.S.C. 1442(a)(1).

The USPS intends to move the Court to vacate the improperly entered Default Judgment and allow for the investigation of and defense of Plaintiff's claims against the USPS.

### Local Rule 3.01(g) certification

Undersigned conferred with Plaintiff, who opposes the relief requested.

Respectfully submitted,

ROGER B. HANDBERG
United States Attorney

By: /s/ *Grace Anne Wilhelm*
GRACE ANNE WILHELM
Assistant United States Attorney
USA No. 208
400 North Tampa St., Suite 3200
Tampa, FL 33602
Telephone No.: (813) 274-6000
Facsimile No.:  (813) 274-6198
E-mail:Grace.Anne.Wilhelm@usdoj.gov

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on February 22, 2022, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send a notice of electronic filing to all parties of record.

I FURTHER CERITIFY that I have served a copy of the foregoing to the following at the address listed via United States mail:

Wieslaw Paciorek
4484 Jacona Drive
Hernando Beach, FL 34607

/s/ *Grace Anne Wilhelm*
GRACE ANNE WILHELM
Assistant United States Attorney