# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

**WIESLAW PACIOREK**,

    Plaintiff,

v.    Case No.: 8:22-cv-00424

**UNITED STATES POSTAL SERVICE**,

    Defendant.

_____/

## NOTICE OF SETTLEMENT
## PURSUANT TO LOCAL RULE 3.09(A)

Pursuant to Local Rule 3.09(a), Plaintiff, Wieslaw Paciorek, and Defendant, the United States Postal Service, with Plaintiff's concurrence, as communicated to the undersigned, hereby notify the Court that the parties have resolved this action in full and have executed a settlement agreement.

Executed this 22st day of March, 2022.

_____

Grace Anne Wilhelm
Attorney for the Defendant
United States of America