UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

**WIESLAW PACIOREK,**

      **Plaintiff,**

v.                                                                 Case No: 8:22-cv-424-MSS-CPT

**UNITED STATES POSTAL SERVICE,**

      **Defendant.**

_____

### ORDER OF DISMISSAL

On March 22, 2022, the Parties filed a Notice of Settlement, informing the Court that the above-captioned case was settled. (Dkt. 4) Therefore, it is hereby

**ORDERED** that pursuant to Rule 3.09(b) of the Local Rules of the United States District Court for the Middle District of Florida, this case is **DISMISSED WITHOUT PREJUDICE**, subject to the right of the Parties, within sixty (60) calendar days from the date of this Order, to submit a final stipulation of dismissal, should they so choose, or for any party to reopen the case, **upon good cause shown**. After the sixty (60)-day period, the dismissal shall be with prejudice. Any pending motions are **DENIED** as moot. The **CLERK** is directed to **CLOSE** this case.

**DONE** and **ORDERED** in Tampa, Florida, this 22nd day of March 2022.

*[Signature]*
MARY S. SCRIVEN
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Any pro se party

- 2 -